IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kenner, Dwight D | Case Number: 06 B 01135 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 2/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 29, 2009
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 78,157.76 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 70,588.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 4,869.48 |
| Other Funds: |  | 699.99 |
| Totals: | 78,157.76 | 78,157.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 2,000.00 |
| 2. | Capital One | Unsecured | 12,479.81 | 12,479.81 |
| 3. | ECast Settlement Corp | Unsecured | 535.00 | 535.00 |
| 4. | Discover Financial Services | Unsecured | 2,914.88 | 2,914.88 |
| 5. | ECast Settlement Corp | Unsecured | 13,277.71 | 13,277.71 |
| 6. | American Express Travel Relate | Unsecured | 71.00 | 71.00 |
| 7. | RoundUp Funding LLC | Unsecured | 352.38 | 352.38 |
| 8. | Resurgent Capital Services | Unsecured | 8,159.35 | 8,159.35 |
| 9. | Resurgent Capital Services | Unsecured | 16,256.65 | 16,256.65 |
| 10. | Resurgent Capital Services | Unsecured | 609.71 | 609.71 |
| 11. | B-Real LLC | Unsecured | 15,590.40 | 15,590.40 |
| 12. | Resurgent Capital Services | Unsecured | 341.40 | 341.40 |
| 13. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 14. | ACS | Unsecured | | No Claim Filed |
| 15. | Amex | Unsecured | | No Claim Filed |
| 16. | Silverleaf Resorts Inc | Unsecured | | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 18. | KY HIGHER EDUCATION STUDENT LOAN COR | Unsecured | | No Claim Filed |
| | | | $ 72,588.29 | $ 72,588.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kenner, Dwight D

Printed: 02/17/09

Case Number: 06 B 01135
Judge: Squires, John H
Filed: 2/9/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 148.00 |
| 5% | 104.09 |
| 4.8% | 201.92 |
| 5.4% | 452.39 |
| 6.5% | 228.35 |
| 6.6% | 3,734.73 |
|  | $ 4,869.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

